1
2
3
4
5
6
7

JS - 6

8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12   ALFREDO DUARTE,                      ) Case No. CV 15-2240-KES
                                          )
13                       Plaintiff,       )
                                          )        **JUDGMENT**
14            vs.                         )
                                          )
15   CAROLYN W. COLVIN, Acting            )
     Commissioner of Social Security,     )
16                                        )
                         Defendant.       )
17   ─────────────────────────────────

18

19        IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum

20   Opinion and Order filed herewith, the decision of the Commissioner of the Social

21   Security Administration is affirmed and this action is dismissed with prejudice.

22

23   DATED: February 16, 2016

24                                        _____
25
26                                        KAREN E. SCOTT
                                          UNITED STATES MAGISTRATE JUDGE
27

28

                                          1